NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
LOEB & LOEB LLP
DAVID GROSSMAN (211326); TYLER DOWNING (339537)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
dgrossman@loeb.com; tdowning@loeb.com
Tel: 1-310-282-2000
Fax: 1-310-282-2200

ATTORNEY(S) FOR: Steve Lichtman

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LICHTMAN<br>Plaintiff(s),<br>v.<br>COLLECTORS UNIVERSE, INC. d/b/a PROFESSIONAL SPORTS AUTHENTICATOR and COLLECTORS HOLDINGS INC.,<br>Defendant(s) | CASE NUMBER:<br>8:26-cv-02048-MRA-ADS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for STEVE LICHTMAN or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Steve Lichtman | Plaintiff |
| Collectors Universe, Inc. | Defendant |
| Collectors Holdings Inc. | Defendant |

October 7, 2026
Date

/s/ David Grossman
Signature

Attorney of record for (or name of party appearing in pro per):

Steve Lichtman